# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-140
LT Case Nos. 2011-CF-856
2011-CF-857

_____

ENRICO SPENCER ROBERTS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 Appeal from the Circuit Court for Nassau County.
James H. Daniel, Judge.

Enrico Spencer Roberts, Sneads, pro se.

Ashley Moody, Attorney General, and Heather Flanagan Ross,
Assistant Attorney General, Tallahassee, for Appellee.


April 2, 2024


PER CURIAM.

   AFFIRMED.

LAMBERT, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____